**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **In re:**<br><br>**WARREN R. KEARNEY, JR. and REBECCA J. KEARNEY,**<br><br>Debtors. | **Chapter 7**<br><br>**Case No.: 15-34200**<br><br>Hon. Guy R. Humphrey |
| **REBECCA J. KEARNEY,**<br><br>Plaintiff,<br><br>v.<br><br>**NAVIANT SOLUTIONS, INC. and UNITED STATES DEPARTMENT OF EDUCATION,**<br><br>Defendants. | **Adv. Pro. No. 16-03024** |

**EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S
CORPORATE OWNERSHIP STATEMENT PURSUANT TO
<u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1</u>**

Educational Credit Management Corporation ("ECMC"), for its corporate ownership statement, in accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, states:

1. No corporation directly or indirectly owns 10% or more of ECMC's stock.

Dated: May 5, 2016               Respectfully submitted,

/s/ *Douglas L. Lutz*
Douglas L. Lutz, Esq. (0064761)
FROST BROWN TODD LLC
3300 Great American Tower

>301 East Fourth Street
>Cincinnati, Ohio 45202
>Telephone: (513) 651-6800
>Facsimile: (513) 651-6981
>Email: dlutz@fbtlaw.com
>
>*Attorney for Intervening Defendant*
>*Educational Credit Management Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2016, a copy of the foregoing *Educational Credit Management Corporation's Corporate Ownership Statement Pursuant to Federal Rule of Bankruptcy Procedure 7007.1* was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

Brian D. Flick, bflick@dannlaw.com, Plaintiff's counsel

and on the following by ordinary **U.S. Mail** addressed to:

United States Department of Education
400 Maryland Avenue SW
Washington, DC 20202

Navient Solutions, Inc.
300 Continental Drive
Newark, DE 19713

>*/s/ Douglas L. Lutz*
>Douglas L. Lutz, Esq.