# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **In re:**<br><br>**WARREN R. KEARNEY, JR. and REBECCA J. KEARNEY,**<br><br>**Debtors.** | **Chapter 7**<br><br>**Case No.: 15-34200**<br><br>Hon. Guy R. Humphrey |
| **REBECCA J. KEARNEY,**<br><br>Plaintiff,<br><br>v.<br><br>**NAVIANT SOLUTIONS, INC. and UNITED STATES DEPARTMENT OF EDUCATION,**<br><br>Defendants. | **Adv. Pro. No. 16-03024** |

### EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1

Educational Credit Management Corporation ("ECMC"), for its corporate ownership statement, in accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, states:

1.  No corporation directly or indirectly owns 10% or more of ECMC's stock.

Dated: May 5, 2016

Respectfully submitted,

/s/ *Douglas L. Lutz*
Douglas L. Lutz, Esq. (0064761)
FROST BROWN TODD LLC
3300 Great American Tower

        301 East Fourth Street
        Cincinnati, Ohio 45202
        Telephone: (513) 651-6800
        Facsimile: (513) 651-6981
        Email: dlutz@fbtlaw.com

*Attorney for Intervening Defendant*
*Educational Credit Management Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2016, a copy of the foregoing *Educational Credit Management Corporation's Corporate Ownership Statement Pursuant to Federal Rule of Bankruptcy Procedure 7007.1* was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

Brian D. Flick, bflick@dannlaw.com, Plaintiff's counsel

and on the following by ordinary **U.S. Mail** addressed to:

United States Department of Education
400 Maryland Avenue SW
Washington, DC 20202

Navient Solutions, Inc.
300 Continental Drive
Newark, DE 19713

        */s/ Douglas L. Lutz*
        Douglas L. Lutz, Esq.